**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| HERBER SOLIZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00974 (WBP) |
| | ) | |
| JAMES G. DAVIS CONSTRUCTION | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT

On November 1, 2024, counsel for Plaintiffs and counsel for Defendant Charles A. Klein & Sons, Inc. (collectively, "Settling Parties") appeared before the Court seeking approval of a settlement agreement. Upon consideration of the representations made by the Settling Parties, and having participated in a settlement conference to facilitate the settlement agreement, the Court makes the following findings:

1.      The Settling Parties have agreed that this case has been settled as between them and that all issues and controversies between them have been resolved to their mutual satisfaction pursuant to communications exchanged among the Settling Parties ("Settlement Term Sheet").

2.      The Settlement Term Sheet settles claims for alleged Fair Labor Standards Act violations, "which must be approved by either the United States Department of Labor, or the court." *See Baust v. City of Virginia Beach*, 574 F. Supp. 3d 358 (E.D. Va. 2021) (quoting *Carr v. Rest Inn, Inc.*, No. 2:14cv609, 2015 WL 5177600, at *2 (E.D. Va. Sept. 3, 2015)).

3.      The Court has reviewed the terms of the Settlement Term Sheet and, having considered the factors set forth in *Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Lab., Emp. Standards Admin., Wage & Hour Div.*, 679 F.2d 1350 (11th Cir. 1982) and *Patel v. Barot*, 15 F. Supp. 3d 648 (E.D. Va. 2014), finds that the settlement is fair and reasonable given the facts and circumstances involved.

4.      The Settling Parties shall comply with the terms of the Settlement Term Sheet, the terms of which are incorporated by reference as if fully set forth herein.

5.      With the consent of the Settling Parties, the Court shall retain jurisdiction for the purpose of enforcing all terms of the Settlement Term Sheet.

6.      As stated in the Settlement Term Sheet, Defendant shall pay Murphy Anderson PLLC $95,000.00 in attorneys' fees and costs. As a condition of payment, Murphy Anderson PLLC shall provide a form W-9 to Defendant.

Entered this 1st day of November 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia

2