UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **HEBER SOLIZ**, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No. 1:24-cv-00974 |
| **JAMES G. DAVIS CONSTRUCTION CORPORATION**, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Defendant James G. Davis Construction Corporation ("Davis"), and Defendant Charles A. Klein & Sons, Inc. ("Klein") (collectively, the "Parties"), through undersigned counsel, submit this Joint Stipulation of Dismissal with Prejudice, dismissing with Prejudice Plaintiffs' claims against Klein and Davis, subject to the Court's retention of jurisdiction as set forth below.

1. Pursuant to the Court's Order Approving Settlement in this matter (ECF No. 82), the Court shall retain jurisdiction for the purpose of enforcing all terms of the Settlement Term Sheet as defined in the Court's Order Approving Settlement in this matter. (ECF No. 82).

2. The Court shall retain jurisdiction for the purposes of enforcing the Entry of Default of J. Velasquez Plumbing & Sheet Metal, LLC, d/b/a J. Velasquez Mechanical Plumbing, Walter Velasquez, Silvia I Velasquez for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. (ECF No. 66).

3.  The Court shall retain jurisdiction for the purposes of Davis's crossclaim against Klein, which has been stayed pending arbitration pursuant to the Court's August 30, 2024 Order. (ECF No. 55).

<table>
<tr><td>

_/s/_
Mark Hanna (Bar No. 45442)
Samantha Sloane (*pro hac vice* forthcoming)
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
mhanna@murphypllc.com
ssloane@murphypllc.com

*Counsel for Plaintiffs*

</td><td>

_/s/_
Michael E Barnsback (VA Bar No. 33113)
Amy M. Heerink (VA Bar No. 38636)
O'HAGAN MEYER, PLLCE
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(703) 775-8601
mbarnsback@ohaganmeyer.com
aheerink@ohaganmeyer.com

*Counsel for Defendant/Crossclaim Defendant Charles A. Klein & Sons, Inc.*

</td></tr>
</table>

_/s/_
Parker E. Thoeni (*pro hac vice*)
Evan L. Conder (*pro hac vice*)
SHAWE ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, MD 21202
Telephone:(410) 752-1040
Facsimile: (410) 752-8861

Robert T. Hicks, VSB No. 45462
R. Douglas Taylor, Jr., VSB No. 38360
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Boulevard, 5th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
rhicks@beankinney.com
rdougtaylor@beankinney.com

*Counsel for Defendant James G. Davis Construction Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2024, that the foregoing Joint Stipulation of Dismissal with Prejudice was electronically filed and served upon all counsel of record.

Further, the undersigned hereby certifies that on this 8th day of November, 2024 a true and complete copy of the foregoing was served via first-class, U.S. mail to:

> J. Velasquez Plumbing & Sheet Metal, LLC
> d/b/a J. Velasquez Mechanical & Plumbing
> 1275 Midsummer Lane, #B102
> Woodbridge, VA 22192
>
> Silvia I. Velasquez
> 12375 Midsummer Lane, #B102
> Woodbridge, VA 22192
>
> Walter Velasquez
> 1275 Midsummer Lane, #B102
> Woodbridge, VA 22192
>
> *Third-Party Defendants*