UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **HEBER SOLIZ**, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No. 1:24-cv-00974 |
| **JAMES G. DAVIS CONSTRUCTION CORPORATION**, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Defendant James G. Davis Construction Corporation ("Davis"), and Defendant Charles A. Klein & Sons, Inc. ("Klein") (collectively, the "Parties") submit this Joint Stipulation of Dismissal with Prejudice, dismissing with Prejudice Plaintiffs' claims against Klein and Davis, subject to the Court's retention of jurisdiction as set forth below.

1. Pursuant to the Court's Order Approving Settlement in this matter (ECF No. 82), the Court shall retain jurisdiction for the purpose of enforcing all terms of the Settlement Term Sheet as defined in the Court's Order Approving Settlement in this matter. (ECF No. 82).

2. The Court shall retain jurisdiction for the purposes of enforcing the Entry of Default of J. Velasquez Plumbing & Sheet Metal, LLC, d/b/a J. Velasquez Mechanical Plumbing, Walter Velasquez, Silvia I Velasquez for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. (ECF No. 66).

  3. The Court shall retain jurisdiction for the purposes of Davis's crossclaim against Klein, which has been stayed pending arbitration pursuant to the Court's August 30, 2024 Order. (ECF No. 55).

  **SO ORDERED**

  Entered this 13th day of November 2024

                       _____
                       William B. Porter
Alexandria, Virginia              United States Magistrate Judge